# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID RYERSON,<br><br>                Plaintiff,<br><br>vs.<br><br>RONALD F. CRYER, et al.,<br><br>                Defendant(s) | Civil Action No. 2:19-cv-18932<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS STOUGHTON TRAILERS ACCEPTANCE COMPANY, LLC; STI HOLDINGS, INC.; STOUGHTON TRAILERS, LLC and improperly pled STOUGHTON TRAILERS ACCEPTANCE CORPORATION** |

Plaintiff, David Ryerson, and the Defendants, Ronald Cryer and Stevens Trucking Company, hereby dismiss with prejudice all claims and cross claims against Defendants, Stoughton Trailers Acceptance Company, LLC; STI Holdings, Inc.; Stoughton Trailers, LLC; and improperly pled Stoughton Trailers Acceptance Corporation without costs.

Dated: February 28, 2020

/s/ John W. Magrino

John W. Magrino, Esq.
SOBO & SOBO, L.L.P.
One Dolson Avenue
Middletown, New York 10940
*Attorney for Plaintiff*

/s/ Robert D. Towey

Robert D. Towey, Esq.
BECKER LLC
354 Eisenhower Parkway, Suite 1500
Livingston, New Jersey 07039
*Attorney for Defendants,*
*Stoughton Trailers Acceptance Company, LLC,*
*STI Holdings, Inc. and Stoughton Trailers,*
*LLC*

/s/ Robert E. Blanton

Robert E. Blanton, Jr.
Hardin, Kundla, McKeon & Poletto
673 Morris Avenue
Springfield, New Jersey 07081
*Attorney for Defendants,*
*Robert F. Cryer and Stevens Trucking Company*

SO ORDERED
HON. KATHARINE S. HAYDEN, U.S.D.J.

MARCH 2, 2020